# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2011

141533

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

JOYCE YURSCO, Personal Representative of the
Estate of PEARL BUNZOW, Deceased,
            Plaintiff-Appellee,

v

K.K. RAVINDRAN, M.D., K.K. RAVINDRAN,
M.D., P.C., and VALLEY CARDIOLOGY,
            Defendants-Appellants.

SC: 141533
COA: 291187
Saginaw CC: 06-062602-NH

_____/

On order of the Court, the application for leave to appeal the June 24, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2011

_____
Clerk

y0321